UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE FEDERAL RULE OF CRIMINAL PROCEDURE 17(c) SUBPOENAS ISSUED UPON THE CITY OF ATLANTA AND THE ATLANTA POLICE DEPARTMENT IN CONNECTION WITH CASE NO 1:20-CR-0351 | ) ) ) ) ) ) ) ) ) ) Misc. No. _____ |

**MOTION TO QUASH DEFENDANT'S RULE 17(c) SUBPOENAS
TO CITY OF ATLANTA AND ATLANTA POLICE DEPARTMENT**

COMES NOW Movants, the City of Atlanta (the "City") and the Atlanta Police Department (the "APD"), by and through undersigned counsel, pursuant to Fed. R. Crim. P. 17, and moves this Honorable Court to quash Defendant Jimmy Anthony Beard's "*Rule 17(c) Subpoena to Produce Documents, Information, or Objects in a Criminal Case*," propounded upon the City and the APD, respectively, as authorized for issuance by this Court on January 7, 2022 (Dkt. No. 44). However, Defendant failed to properly serve Movants. Moreover, to the extent the Subpoenas were served, they are beyond the bounds of Rule 17(c). In support of this motion, Movant files contemporaneously herewith a Memorandum of Law.

*[Signature of Counsel appears on next page]*

Respectfully submitted this the 29th day of March, 2024.

                              WOMBLE BOND DICKINSON (US) LLP

                              /s/ *Joe D. Whitley*
                              Joe D. Whitley
                              Georgia Bar No. 756150
                              1331 Spring Street NW
                              Suite 1400
                              Atlanta, Georgia 30309
                              Phone: (404) 888-7350
                              Email: Joe.Whitley@wbd-us.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **MOTION TO QUASH DEFENDANT'S RULE 17(c) SUBPOENAS TO CITY OF ATLANTA AND ATLANTA POLICE DEPARTMENT** has been served electronically by emailing a copy of same to the following attorneys of record:

> Scott R. Grubman, Esq.
> Chilivis Grubman
> 1834 Independence Square
> Atlanta, Georgia 30338
> sgrubman@cglawfirm.com
>
> Garrett L. Bradford
> Office of the United States Attorney
> Northern District of Georgia
> 600 United States Courthouse
> 75 Ted Turner Dr., S.W.
> Atlanta, GA 30303
> Email: garrett.bradford@usdoj.gov

This the 29th day of March, 2024.

> WOMBLE BOND DICKINSON (US) LLP
>
> /s/ *Joe D. Whitley*
> Joe D. Whitley
> Georgia Bar No. 756150
> 1331 Spring Street NW
> Suite 1400
> Atlanta, Georgia 30309
> Phone: (404) 888-7350
> Email: Joe.Whitley@wbd-us.com